

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

**1:21-cv-000762 DAD-SKO**

                          Plaintiff(s),

                                        Case No. 1:21-at-00539

v.

ESPERANZA VARGAS VOGEL and MONICO
RODRIGUEZ, as Trustee of the Esperanza
Vargas Special Needs Trust,

                          Defendant(s).

I, ___Emily K. Felix_____,

attorney for_____American General Life Insurance Company_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

       My business address is:

Firm Name:          ___McDowell Hetherington LLP_____

Address:            ___1000 Ballpark Way, Suite 209_____

                    _____

City:               ___Arlington_____

State:              ___Texas_____   ZIP Code: ___76011_____

Voice Phone:        ( 817     )   635-7305_____

FAX Phone:          (   817   )   635-7308_____

Internet E-mail:        ___emily.felix@mhllp.com_____

Additional E-mail:      ___candice.walters@mhllp.com_____

I reside in City:       ___Dallas_____   State: ___Texas_____

       I was admitted to practice in the _____Texas_____ (court)

on _____November 4, 2016_____(date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: _____Allison Fernandez_____

Firm Name: _____McDowell Hetherington LLP_____

Address: _____1 Kaiser Plaza, Suite 340_____

_____

City: _____Oakland_____

State: _____CA_____ ZIP Code: ____94612_____

Voice Phone: (___510___)____628-2145_____

FAX Phone: (___510___)____628-2146_____

E-mail: _____allison.fernandez@mhllp.com_____

Dated: May 12, 2021_____   Petitioner: _Emily K. Fend_____

**ORDER**

IT IS SO ORDERED.

Dated: ___July 19, 2021___                                    ___/s/Sheila K. Oberto___
                                                              JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 12, 2021


Re: Emily Kapuamohalaikealaule Felix, State Bar Number 24093777


To Whom It May Concern:

This is to certify that Emily Kapuamohalaikealaule Felix was licensed to practice law in Texas on November 04, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.


This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web