# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESPERANZA VARGAS VOGEL and MONICO RODRIGUEZ, as Trustee of the Esperanza Vargas Special Needs Trust,<br><br>Defendants.<br>_____/ | Case No. 1:21-cv-00762-ADA-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO DEPOSIT FUNDS WITH THE COURT**<br><br>(Doc. 45) |

Having granted Plaintiff American General Life Insurance Company ("Plaintiff")'s motion for leave to deposit funds into the registry of the Court (Doc. 45), and pursuant to Rule 150 of the Local Rules of the United States District Court, Eastern District of California, the Court hereby ORDERS that Plaintiff SHALL deposit the held and remaining payments due under annuity No. 404138 (the "Annuity") as follows:

1. Plaintiff SHALL deposit the currently-held Annuity Payment in the amount of $50,000.00—minus $8,641.46 for attorney's fees and costs—into the registry of the Court within thirty (30) days of the date of this Order; and

2. Plaintiff SHALL deposit each remaining Annuity Payment into the registry of the Court as each payment becomes due under the schedule set forth in the Annuity, until further order of this Court.

IT IS SO ORDERED.

Dated:   **November 22, 2022**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE