UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESPERANZA VARGAS VOGEL and MONICO RODRIGUEZ, as Trustee of the Esperanza Vargas Special Needs Trust,<br><br>Defendants. | No. 1:21-cv-00762-ADA-SKO<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE. |

Pursuant to this Court's order (ECF No. 51) on November 18, 2022, default judgment is hereby entered in favor of Plaintiff American General Life Insurance Company and against Defendants Esperanza Vargas Vogel and Monico Rodriguez, as Trustee of the Esperanza Vargas Special Needs Trust, for failure to appear or otherwise defend. Fed. R. Civ. P. 55(b)(2).

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that default judgment be entered against Defendants and that the Clerk of Court close this case.

IT IS SO ORDERED.

Dated:  December 22, 2022

UNITED STATES DISTRICT JUDGE